UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MIRAMON, | No. 2:16-cv-0780 CKD P |
| Plaintiff, | |
| v. | ORDER & |
| SHERIFF SACTO. CO. JAIL, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

Plaintiff, a county jail inmate, is proceeding pro se with this action pursuant to 42 U.S.C. § 1983.  Plaintiff submitted a request to proceed in forma pauperis (ECF No. 2); however, it was incomplete.  On April 21, 2016, the court ordered him to file both a completed affidavit in support of his request to proceed in forma pauperis and a certified copy of his prison trust account statement within thirty days, or face dismissal of this action.  (ECF No. 4.)  The thirty day period has now expired, and plaintiff has not submitted the required documents.  Thus the undersigned will recommend that this action be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 27, 2016

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / mira0780.fifp